UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SYLVIA FRAGLIOSSI,

                Plaintiff,

-against-                                          20 **CIVIL** 10899 (AEK)

## JUDGMENT

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated March 31, 2022, the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. Section 405(g), for further administrative proceedings.

**Dated:**  New York, New York

          March 31, 2022

                                                            RUBY J. KRAJICK

                                                             Clerk of Court

                              BY:                                          
                                                               Deputy Clerk